IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| SEAN E. LERCH, | ) | |
| | ) | |
| Plaintiff, | ) | 6:15-CV-01395-JO |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

DATED this 29th day of September, 2016.

_____
ROBERT E. JONES
United States District Judge

1 - JUDGMENT